In our opinion, the action should not have been deferred for more than three years. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

HARRY T. WELTY, Appellant, v. FRANCIS J. HEAFY, as City Clerk of the City of Yonkers, et al., Respondents.

No opinion. Carswell, Acting P. J., Johnston, Adel and MacCrate, JJ., concur; Wenzel, J., not voting.

(November 14, 1951.)

KATHARINE G. CLIFFORD, as Administratrix of the Estate of JOHN J. CLIFFORD, Deceased, Respondent, v. WILMORE REALTY CORPORATION, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [See post, p. 757.]

EMILY DOWNS, Appellant, v. H. BOGART SEAMAN, as Administrator of the Estate of WILLIAM E. HOWARD, Deceased, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

OLGA DUCA et al., Appellants, v. VINCENT M. AMOROSO, Respondent.—

No opinion. Appeal from order denying the motion of appellant Olga Duca to set the verdict aside dismissed, without costs. There does not appear to be such an order. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

MILTON GUNSBERG, Respondent, v. CHARLES BOCK et al., Appellants.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.